# Whois Lookup

visitqatar.com                                                                                  🔍

## Whois lookup for **visitqatar.com**

```
Domain Name: VISITQATAR.COM
Registry Domain ID: 122225529_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2020-05-09T16:07:59Z
Creation Date: 2004-06-10T18:31:57Z
Registry Expiry Date: 2021-06-10T18:31:57Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: 7202492374
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Name Server: NS1313.WEBSITEWELCOME.COM
Name Server: NS1314.WEBSITEWELCOME.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2020-07-21T21:36:35Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
```

**EXHIBIT A**

```
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

Domain Name: VISITQATAR.COM
Registry Domain ID: 122225529_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2020-05-09T16:07:59Z
Creation Date: 2004-06-10T18:31:57Z
Registrar Registration Expiration Date: 2021-06-10T18:31:57Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:
Domain Status: clientDeleteProhibited
https://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://www.icann.org/epp#clientUpdateProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Teymur Mehdiyev
Registrant Organization:
Registrant Street: 2/2, Basti Bagirova str.
Registrant City: Baku
Registrant State/Province: Yasamal
Registrant Postal Code: AZ1065
Registrant Country: AZ
Registrant Phone: +994.556500033
Registrant Email: tm@bts-int.com
Registry Admin ID: Not Available From Registry
Admin Name: Teymur Mehdiyev
Admin Organization:
Admin Street: 2/2, Basti Bagirova str.
Admin City: Baku
Admin State/Province: Yasamal
Admin Postal Code: AZ1065
Admin Country: AZ
```

**EXHIBIT A**

```
Admin Phone: +994.556500033
Admin Email: tm@bts-int.com
Registry Tech ID: Not Available From Registry
Tech Name: Teymur Mehdiyev
Tech Organization:
Tech Street: 2/2, Basti Bagirova str.
Tech City: Baku
Tech State/Province: Yasamal
Tech Postal Code: AZ1065
Tech Country: AZ
Tech Phone: +994.556500033
Tech Email: tm@bts-int.com
Name Server: ns1313.websitewelcome.com
Name Server: ns1314.websitewelcome.com
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2020-07-21T21:36:48Z <<<

For more information on Whois status codes, please visit https://icann.org/epp



The data in the Name.com, Inc. WHOIS database is provided by Name.com, Inc. for
information purposes, and to assist persons in obtaining information about or
related to a domain name registration record. Name.com, Inc. does not guarantee
its accuracy. Users accessing the Name.com, Inc. WHOIS service agree to use the
data only for lawful purposes, and under no circumstances may this data be used
to: a) allow, enable, or otherwise support the transmission by e-mail,
telephone, or facsimile of mass unsolicited, commercial advertising or
solicitations to entities other than the registrar's own existing customers and
b) enable high volume, automated, electronic processes that send queries or
data to the systems of Name.com, Inc., except as reasonably necessary to
register domain names or modify existing registrations. When using the
Name.com, Inc. WHOIS service, please consider the following: the WHOIS service
is not a replacement for standard EPP commands to the SRS service. WHOIS is not
considered authoritative for registered domain objects. The WHOIS service may
be scheduled for downtime during production or OT&E maintenance periods. Where
applicable, the presence of a [Non-Public Data] tag indicates that such data is
not made publicly available due to applicable data privacy laws or
requirements. Access to non-public data may be provided, upon request, where it
can be reasonably confirmed that the requester holds a specific legitimate
interest and a proper legal basis, for accessing the withheld data. Access to
this data can be requested by submitting a request via the form found at
https://www.name.com/layered-access-request . Name.com, Inc. reserves the right
to modify these terms at any time. By submitting this query, you agree to abide
by this policy.
```

## Looking for a similar domain?

**EXHIBIT A**


visitqatar.news

$19.99  Add to Cart

Do you want to share updates or upcoming events with your readers? Create an authoritative platform for your content with .NEWS.

Want to know more about the Whois Database?  Check out our Knowledge Base (/support/articles/205922568/)

Name.com is a proud part of Donuts, Inc. (http://donuts.domains), a leading domain name services company. Name.com is a Registered Trademark. © 2001 – 2020  All Rights Reserved



EXHIBIT A