**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:19-cv-03353- DDD-NRN

TEYMUR MEHDIYEV, an individual,

       Plaintiff/Counterdefendant,

v.

QATAR NATIONAL TOURISM COUNCIL
a/k/a QATAR TOURISM AUTHORITY,
a Government Authority of Qatar,

       Defendant/Counterclaimant.

**QATAR TOURISM'S UNOPPOSED MOTION TO SUBSTITUTE
AS DEFENDANT AND COUNTERCLAIMANT IN PLACE OF
QATAR NATIONAL TOURISM COUNCIL**

Pursuant to Federal Rule of Civil Procedure 25, Qatar Tourism respectfully moves for an order substituting Qatar Tourism as the Defendant and Counterclaimant in this matter in place of Qatar National Tourism Council ("NTC").  NTC was an agency of the government of Qatar established for the purpose of promoting tourism and travel to the country.  On June 21, 2021, the Emir of the Country of Qatar issued a decision establishing Qatar Tourism, transferring all of NTC's rights and fixed and moveable assets, including the interests at issue in this case, to Qatar Tourism, and dissolving NTC.  Thus, Qatar Tourism is the successor-in-interest to NTC.  Qatar Tourism therefore requests that the Court substitute Qatar Tourism as Defendant and Counterclaimant and reform the case caption accordingly.  Plaintiff Teymur Mehdiyev does not oppose this motion.

Rule 25(c) provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." As NTC's interests in this matter have been transferred to Qatar Tourism, substitution is appropriate under Rule 25(c). Good cause exists to grant this unopposed motion for the reasons that follow.

1. On June 21, 2021, Emiri Decision No. (15) of 2021 was issued by the government of Qatar establishing Qatar Tourism. *See* Kahf Decl., Ex. A (English Translation of Emiri Decision No. (15) of 2021) at Arts. 2, 3.

2. Emiri Decision No. (15) cancelled a prior decision which had established NTC. *Id*. at Art. 11. All fixed and moveable assets, and rights, liabilities and interests that belonged to NTC became the property of Qatar Tourism as of the effective date of Emiri Decision No. (15). *Id*.

3. Substitution is therefore appropriate and necessary given the transfer of all rights, liabilities, and interests from NTC to Qatar Tourism.

4. The undersigned counsel shall continue to represent Qatar Tourism in this matter.

5. The undersigned counsel have conferred with Plaintiff's counsel via telephone on July 27, 2021. Kahf Decl. ¶ 5. After this Court granted Plaintiff's counsel's motion to withdraw, Plaintiff Teymur Mehdiyev confirmed via email dated August 6, 2021, that he does not oppose this motion. *See* Kahf Decl., ¶ 6, Ex. B.

For the reasons stated above, Qatar Tourism respectfully requests that the Court substitute Qatar Tourism as the Defendant and Counterclaimant in this proceeding.

Rule 25(c) requires that a motion served under the rule must be served as provide in Rule 25(a), which states that the motion to substitute, along with a notice of a hearing, must be served

on parties as provided in Rule 5 and nonparties as provided in Rule 4. This motion is unopposed, and thus a hearing may be unnecessary. However, Qatar Tourism is ready to proceed with a hearing if the Court requires.

Certificate of Compliance with Local Rule 7.1

Counsel for Qatar Tourism and its predecessor, NTC, has conferred with Plaintiff's prior counsel and with Plaintiff Teymur Mehdiyev. Plaintiff has consented to the substitution requested in this motion.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 30, 2021    By: */s/ Baraa Kahf*
                         Lynda J. Zadra-Symes (SBN 156,511)
                         Baraa Kahf (SBN 261,144)
                         KNOBBE, MARTENS, OLSON & BEAR, LLP
                         2040 Main Street, Fourteenth Floor
                         Irvine, CA  92614
                         Phone: (949) 760-0404
                         Fax: (949) 760-9502
                         lynda.zadrasymes@knobbe.com
                         baraa.kahf@knobbe.com

POLSINELLI PC

John R. Posthumus
Polsinelli PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (303) 572-9300
Fax: (303) 572-7883
jposthumus@polsinelli.com

Attorneys for Movant
QATAR TOURISM

## CERTIFICATE OF SERVICE

I hereby certify on August 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Plaintiff via email, and I also certify that I sent an electronic copy and a hard copy of the foregoing to the Plaintiff at the following addresses:

*Plaintiff:*

TEYMUR MEHDIYEV
Binagadi district, Rasulzade settlement, Agha Neymatulla str., 20/12
Baku, Azerbaijan
tm@bts-int.com
+994556500033

                              */s/ Baraa Kahf*
                              Baraa Kahf