IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:19-cv-03353-DDD-NRN

TEYMUR MEHDIYEV,

 Plaintiff and Counter Defendant,

v.

QATAR TOURISM, a Government Authority of Qatar,

 Defendant and Counter Claimant.

## TRIAL PREPARATION ORDER

 This matter comes before the Court for the setting of a trial date and related pretrial deadlines. Pursuant to the Federal Rules of Civil Procedure and the Local Rules of Practice for the United States District Court for the District of Colorado, it is ORDERED that:

 1. A **five-day jury trial** is set to commence at **9:00 a.m.** on **February 28, 2022** in Courtroom A 1002 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294; and

 2. A Final Pretrial Conference and Trial Preparation Conference (the "Conference") is set for **10:30 a.m.** on **February 2, 2022** in Courtroom A 1002.

 It is FURTHER ORDERED that:

 1. The parties must jointly file a single integrated set of proposed jury instructions and verdict forms via CM/ECF **three weeks** before the Conference. The parties should attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms. Each

- 1 -

instruction should be numbered, and same-subject disputed instructions should be grouped and numbered together (*e.g.*, "Stipulated Instruction No. 1," "Government's Instruction No. 2," "Defendant's Instruction No. 2"). Each numbered instruction must begin on a new page. Each proposed instruction must identify the source of the instruction and supporting authority. The parties must also email a copy of their proposed instructions and verdict forms in editable Word format to Domenico_Chambers@cod.uscourts.gov. Proposed verdict forms must be submitted in a separate file from the proposed jury instructions;

2. If filed, motions *in limine* are due **fourteen days** before the Conference. However, motions *in limine* are discouraged when the motion cannot be resolved until evidence is presented at trial; instead, such evidentiary issues can be flagged in a trial brief. Responses to motions *in limine* are due **seven days** before the Conference, and no replies will be permitted without leave of Court;

3. If filed, trial briefs must not exceed **2,700 words** and must be filed no later than **seven days** before the Conference. Trial briefs are encouraged, but not required, and a trial brief may not be used as a substitute for a motion;

4. The parties must submit a proposed Final Pretrial Order pursuant to Federal Rule of Civil Procedure 16(e) and Local Civil Rule 16.3 via CM/ECF and by email to Domenico_Chambers@cod.uscourts.gov in editable Word format no later than **seven days** before the Conference. The form to be used for the Final Pretrial Order can be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx;

5. The parties must file their proposed witness lists via CM/ECF, including an estimate of the time required for their direct examination of each witness, **seven days** before the Conference. Witness list forms

can be found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx. The parties must file an estimate of the time required for their cross-examination of each of the opposing party's witnesses **five days** before the Conference. The parties must provide the Courtroom Deputy with **three hard copies** (an original and two copies) of their final witness lists on the first day of trial. If the final witness lists differ from those filed in advance of the Conference, the final witness lists must also be filed via CM/ECF;

6. The parties must file their proposed exhibit lists via CM/ECF **seven days** before the Conference. Exhibit list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx. The parties must exchange, whether electronically or in hard copy, the exhibits listed on their trial exhibit lists **seven days** before trial. The parties must provide the Court with **two hard copies** of their trial exhibits (one set of original exhibits and one copy for the bench) and **one electronic copy** of their trial exhibits no later than **two business days** before trial. The hard-copy exhibits must be bound in one or more three-ring binders no larger than three inches in width, and the binders must be labeled with the case caption, trial date, and "ORIGINAL" or "COPY." The electronic-copy exhibits may be delivered to the Court on USB flash drive or submitted by email to Domenico_Chambers@cod.uscourts.gov as attachments or via secure download link. Except for any video or audio exhibits, electronic exhibits must be in PDF file format. The file name for each electronic exhibit must include the exhibit number and description (*e.g.*, "Ex 1 - Employment Contract.pdf"). Consult DDD Civ. P.S. II(C) regarding numbering of exhibits. The parties must provide the Courtroom Deputy with **three hard copies** (an original and two copies) of their final exhibit lists on the first day of trial. If the final exhibit lists differ from those filed in

advance of the Conference, the final exhibit lists must also be filed via CM/ECF; and

7. The parties must file their proposed *voir dire* questions **seven days** before the Conference.

It is FURTHER ORDERED that the parties should be prepared to address the following issues at the Conference:

1. The proposed Final Pretrial Order;

2. Any outstanding motions, including motions *in limine*;

3. Jury selection, including the parties' proposed *voir dire* questions;

4. Jury instructions;

5. Sequestration of witnesses;

6. Time limits for opening statements;

7. Timing and presentation of witnesses and evidence, including the use of deposition testimony and any objections thereto;

8. Any anticipated evidentiary issues, including the necessity for any cautionary or limiting instructions;

9. Any stipulations of fact or law; and

10. Any other issue affecting the duration or course of the trial.

It is FURTHER ORDERED that counsel and pro se parties must be present on the first day of trial at 8:30 a.m. Jury selection will begin at 9:00 a.m. Commencing the second day of trial, the normal trial day will begin at 9:00 a.m. and continue until 5:00 p.m. The trial day will

have morning and afternoon recesses of approximately fifteen minutes in duration, and a lunch break of approximately 90 minutes.

DATED: December 3, 2021                    BY THE COURT:

_____
Hon. Daniel D. Domenico
United States District Judge