IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03353- DDD-NRN

TEYMUR MEHDIYEV, an individual,

        Plaintiff/Counterdefendant,

v.

QATAR TOURISM,
a Government Authority of Qatar,

        Defendant/Counterclaimant.

## DEFENDANT AND COUNTERCLAIMANT QATAR TOURISM'S NOTICE OF SERVICE

Defendant and Counterclaimant Qatar Tourism hereby certifies that a copy of the following documents were served on Plaintiff and Counterdefendant Teymur Mehdiyev via electronic mail and U.S. Mail on the dates specified below. Unless otherwise indicated, documents were served via both methods on the same date. In his Motion for Appointment of Counsel, Mr. Mehdiyev provided his mailing address as Binagadi dist., Rasulzade settl., Agha Neymatulla str. 20/12, Baku Azerbaijan. Dkt. 69-2 at 4. Additionally, Mr. Mehdieyv's prior counsel indicated Mr. Mehdiyev's email address as tm@bts-int.com in the Certificate of Service for counsel's motion to withdraw. Dkt. 69 at 5. Counsel for Qatar Tourism has received email correspondence from Mr. Mehdiyev at that email address on numerous occasions.

| Document | Date of Service |
|---|---|
| 2021-12-03 [098] Trial Preparation Order | December 3, 2021 [electronic mail] December 10, 2021 [U.S. Mail] |
| 2021-12-03 [097] Order Denying Qatar's Motion for Entry of Final Judgment | December 3, 2021 [electronic mail] December 10, 2021 [U.S. Mail] |

| | |
|---|---|
| 2021-08-31 NTC's Supplemental Responses to Plaintiff's First Set of Interrogatories (Nos. 1, 3) | September 1, 2021 |
| 2021-08-31 NTC's Supplemental Responses to Plaintiff's Second Set of Interrogatories (Nos. 16-18) | September 1, 2021 |
| 2021-08-31 NTC's Supplemental Responses to Plaintiff's Third Set of Interrogatories (No. 23) | September 1, 2021 |
| 2021-08-31 NTC's Second Supplemental Responses to Plaintiff's First Set of Interrogatories (No. 8) | September 1, 2021 |
| 2021-08-30 [090] Notice of Entry of Appearance of Lynda Zadra-Symes on behalf of Qatar Tourism | August 31, 2021 |
| 2021-08-30 [089] Declaration of Baraa Kahf in support of Qatar Tourism's Unopposed Motion to Substitute Party | August 31, 2021 |
| 2021-08-30 [088] Qatar Tourism's Unopposed Motion and [Proposed] Order to Substitute Party | August 31, 2021 |
| 2021-08-30 [087] Notice of Entry of Appearance of Baraa Kahf on behalf of Qatar Tourism | August 31, 2021 |
| 2021-08-16 NTC's Responses and Objections to Plaintiff's Third Set of Interrogatories (Nos. 22-25) | August 17, 2021 |
| 2021-08-11 Defendant's Notice of Third-Party Depo of Brent Sausser | August 11, 2021 |
| 2021-08-02 NTC's Third Supplemental Initial Disclosures | August 3, 2021 |
| 2021-08-02 NTC'S Objections to Plaintiff's 30(b)(6) Deposition Notice | August 3, 2021 |

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  December 10, 2021            By:  /s/ Baraa Kahf
                                         Lynda J. Zadra-Symes (SBN 156,511)
                                         Baraa Kahf (SBN 261,144)
                                         KNOBBE, MARTENS, OLSON & BEAR, LLP
                                         2040 Main Street, Fourteenth Floor
                                         Irvine, CA  92614
                                         Phone: (949) 760-0404
                                         Fax: (949) 760-9502
                                         lynda.zadrasymes@knobbe.com
                                         baraa.kahf@knobbe.com

POLSINELLI PC

John R. Posthumus
Polsinelli PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (303) 572-9300
Fax: (303) 572-7883
jposthumus@polsinelli.com

Attorneys for Defendant and Counterclaimant
QATAR TOURISM

## CERTIFICATE OF SERVICE

I hereby certify on December 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Plaintiff via email, and I also certify that I sent an electronic copy and a hard copy of the foregoing to the Plaintiff at the following addresses:

TEYMUR MEHDIYEV
Binagadi district, Rasulzade settlement, Agha Neymatulla str., 20/12
Baku, Azerbaijan
Email: *tm@bts-int.com*
Telephone: +994556500033


*/s/ Baraa Kahf*
Baraa Kahf