# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:19-cv-03353- DDD-NRN

TEYMUR MEHDIYEV, an individual,

        Plaintiff/Counterdefendant,

v.

QATAR TOURISM,

a Government Authority of Qatar,

        Defendant/Counterclaimant.

## FINAL CONSENT JUDGMENT

Plaintiff Teymur Mehdiyev ("Plaintiff" or "Mehdiyev") and Defendant and Counterclaimant Qatar Tourism ("Defendant" or "Qatar Tourism") consent, stipulate, and agree to the terms and conditions of this Final Consent Judgment without any admission of fault or liability.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1116 and 28 U.S.C. § 1331. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b).

2. Plaintiff is a citizen and resident of Baku, Azerbaijan, and Plaintiff is the registered owner of the visitqatar.com domain name registered with the registrar Name.com LLC, which is located in Colorado.

3. Plaintiff is the owner of record of U.S. Trademark Registration No. 5,517,993 for the mark "VISIT QATAR."

4. Qatar Tourism is a national government body of Qatar tasked with increasing and supporting tourism within the country of Qatar. Qatar Tourism is the successor in interest of all rights, including trademark rights, of the Qatar National Tourism Council.

5. Plaintiff filed the Complaint in this lawsuit on November 26, 2019, and Defendant was served with the Complaint pursuant to 28 U.S.C. § 1608(b)(3)(B).

6. Qatar Tourism answered the Complaint on April 30, 2020.

7. Qatar Tourism asserted counterclaims against Plaintiff on April 30, 2020.

8. The parties entered into a confidential settlement agreement executed on March 17, 2022 with neither party admitting fault or liability as to each other's claims and counterclaims.

9. Plaintiff has agreed, and the Court hereby orders, that he shall transfer the domain name visitqatar.com to Qatar Tourism within seven (7) days of this Final Consent Judgment.

10. Plaintiff has agreed, and the Court hereby orders, that he shall cooperate with Qatar Tourism and the registrar Name.com LLC to promptly effect the transfer in accordance with the parties' settlement agreement.

11. It is hereby ordered that the domain registrar Name.com LLC shall promptly transfer the domain name visitqatar.com from Plaintiff to Qatar Tourism.

12. Plaintiff has agreed to, and the Court hereby orders, that he shall file an express abandonment / surrender of U.S. Trademark Registration No. 5,517,993 within seven (7) days of this judgment, and not use the mark "VISIT QATAR."

13. It is hereby ordered that the United States Patent and Trademark Office shall promptly cancel U.S. Trademark Registration No. 5,517,993.

14. The parties submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and the terms of the parties' confidential settlement agreement dated March 17, 2022.

15. This is a final judgment. All claims and counterclaims in this action, to the extent not otherwise addressed by this Final Consent Judgment, are hereby dismissed with prejudice.

16. Each party shall bear its own costs and attorney fees.

SO ORDERED

Dated:_____    _____
United States District Court Judge

AGREED TO:

By: */s/ Paul Sung Cha*
Patricia Y. Ho
Paul Sung Cha
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5145
Phone: (303) 863-9700
Fax: (303) 863-0223
pho@sheridanross.com
pscha@sheridanross.com
Attorneys for Plaintiff and Counterdefendant
TEYMUR MEHDIYEV

By: */s/ Baraa Kahf*
Lynda J. Zadra-Symes (SBN 156,511)
Baraa Kahf (SBN 261,144)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor,
Irvine, CA 92614
Phone: (949) 760-0404
Fax: (949) 760-9502
lynda.zadrasymes@knobbe.com
baraa.kahf@knobbe.com

POLSINELLI PC
John R. Posthumus
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (303) 572-9300
Fax: (303) 572-7883
jposthumus@polsinelli.com

Attorneys for Defendant and
Counterclaimants QATAR TOURISM